JASON COMPANY, Appellant, vs. MARKLE and others, Respondents.

*May 9—June 5, 1934.*

For the appellant there was a brief by *Fish, Marshutz & Hoffman,* attorneys, and *I. A. Fish, Leo W. Slensby,* and *W. H. Voss* of counsel, all of Milwaukee, and oral argument by *Mr. Fish.*

For the respondents there was a brief by *Olwell & Brady* and *William T. Gill,* all of Milwaukee, and oral argument by *Mr. Gill* and *Mr. Lawrence A. Olwell.*

FOWLER, J.   This case was argued and submitted with the case of *Stott v. Markle* (*ante,* p. 528, 255 N. W. 540), and is ruled by the decision therein.

*By the Court.*—The portion of the order of the circuit court suppressing examination of the defendants to enable the plaintiff to plead is reversed; the portion quashing the subpœna so far as it commands the production of the things named in the subpœna, is affirmed.